FILED
CLERK, U.S. DISTRICT COURT

Oct 14, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| E.V. a minor, by and through his guardian ad litem Cecilia Estrada, an individual and as Successor in Interest to decedent Edgar Villarreal;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; CITY OF LYNWOOD; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and DEPUTY DEFENDANTS DOES 1-10;<br><br>Defendants. | CASE NO. CV14-3087 SVW (AJWx)<br>[Exempt pursuant to Gov. Code §6103]<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[Assigned to Judge Stephen V. Wilson Courtroom "6"]<br><br>JS-6<br><br>Trial Date: 12/9/14 |

The Court, having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, it is hereby ORDERED that this Action is dismissed with prejudice.

/ / /

/ / /

/ / /

Each side will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 14, 2014

*[signature]*

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE